**Denied and Opinion Filed June 29, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-18-00711-CR
_____

## IN RE BRADRICK JERMAINE COLLINS, Relator

**Original Proceeding from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MA-17-18552-F**

## MEMORANDUM OPINION
Before Justices Lang, Myers, and Whitehill
Opinion by Justice Myers

In this original proceeding, relator Bradrick Jermaine Collins seeks a post-conviction writ of habeas corpus vacating his misdemeanor conviction for driving while intoxicated with a blood alcohol concentration of more than 0.15. Relator was assessed a fine and sentenced to 171 days' confinement probated and a term of community service and community supervision. Relator's appeal of the conviction is pending in this Court in cause number 05-18-00498-CR, *Bradrick Jermaine Collins v. State of Texas*.

Habeas corpus is an extraordinary remedy for situations in which there is no other adequate remedy at law. *Ex parte Cruzata*, 220 S.W.3d 518, 520 (Tex. Crim. App. 2007). An applicant may not use the writ of habeas corpus to challenge matters that could have been raised on direct appeal. *Id*. Further, an applicant may not file a petition for writ of habeas corpus in a felony or misdemeanor case in which the applicant seeks relief from an order or a judgment of conviction ordering community supervision "if the applicant could obtain the requested relief by means of an

appeal under Article 44.02 and Rule 25.2, Texas Rules of Appellate Procedure." TEX. CRIM. PROC. CODE ANN. § 11.072(3)(a) (West 2015).

Relator has an adequate remedy on appeal. Accordingly, we deny relator's June 20, 2018 application for writ of habeas corpus.

/Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
080711F.U05